1 **ILG Legal Office, P.C.**
2 Stephen Noel Ilg (SBN 275599)
George L. Lin (SBN 287873)
3 1001 Bayhill Drive, 2nd Floor
San Bruno, CA 94066
4 Tel: (415)580-2574
Fax: (415)735-3454
5 Email: silg@ilglegal.com
6 Email: glin@ilglegal.com

7
Attorneys for Plaintiff Patricia Lickley

8

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| PATI LICKLEY, an individual, on behalf of herself, | Case No. 2:19-cv-00557-JAM-EFB |
|---|---|
| Plaintiff, vs. | **ORDER TO REMAND TO STATE COURT** |
| BAY AREA ORTHOPEDIC SURGERY AND SPORTS MEDICINE, a California partnership, TEODORO P. NISSEN, an individual, and DOES 1 through 100, inclusive, | Complaint Filed: Feb 22, 2019
Removed: March 29 2019 |
| Defendants. | |

## **ORDER TO REMAND**

Pursuant to 28 U.S.C. §1447(c), and based on the stipulation and for good cause shown, this action is hereby REMANDED to the Superior Court for the State of California, County of Solano.

**IT IS SO ORDERED.**

Dated: 5/3/2019 /s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

*Lickley v. Bay Area Orthopedic Surgery and Sports Medicine, et al*
[Proposed] Order